IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-128-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| GRATINIANO CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |

On February 9, 2021, Gratiniano Castillo ("Castillo") again moved for relief under 18 U.S.C.

§ 3582(c)(2) and U.S.S.G. Amendment 782. See [D.E. 170]. However, on July 20, 2018, the court

denied Castillo's motion under 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and Amendment 782.

See [D.E. 155]. If Castillo disagreed with the ruling, he should have appealed. He did not. The

court DENIES as meritless Castillo's latest motion [D.E. 170] for the reasons stated in its order of

July 20, 2018.

SO ORDERED. This 29 day of April 2021.

JAMES C. DEVER III
United States District Judge