# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### No. 7:07-CR-128-D

UNITED STATES OF AMERICA    )
             )
    v.            )
            )      **ORDER**
GRATINIANO CASTILLO,    )
            )
      Defendant.    )

The court GRANTS defendant's motion for an extension of time [D.E. 213]. Defendant's

reply is due no later than July 10, 2026.

SO ORDERED. This _30_ day of June, 2026.

JAMES C. DEVER III
United States District Judge