IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-128-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| GRATINIANO CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered defendant's reply [D.E. 216], motion for reconsideration [D.E. 217], the record, and governing law. The court remains convinced that defendant should not receive compassionate release. See [D.E. 215]. Thus, the court DENIES defendant's motion for reconsideration [D.E. 217].

SO ORDERED. This 29 day of July, 2026.

JAMES C. DEVER III
United States District Judge